1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS E. STEVENS  (CABN 168362)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7200
7      Fax:  (415) 436-7234
       E-Mail:  Thomas.Stevens@usdoj.gov
8
   Attorney for the United States
9
                        UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,              )    CR-11-0924 JSW
                                          )
14        Plaintiff,                      )    STIPULATION AND [PROPOSED]
                                          )    ORDER RE:  SPEEDY TRIAL ACT
15                                        )
                 v.                       )
16                                        )
                                          )
17 JEFFREY H.B. LAU, aka JEFFREY CHIU,    )
   and CHUCK L. SIU,                      )
18                                        )
          Defendants.                     )
19                                        )
   _____)
20
          The above-captioned matter came before the Court on December 15, 2011, for
21
   arraignment.  Defendant Lau was represented by Sara Rief, and defendant Siu was represented by
22
   Nanci Clarence.  The Court set the case for a status conference before Judge Jeffrey S. White on
23
   January 5, 2012.
24
          During the December 15 hearing, the Court made findings that the time from and
25
   including December 15, 2011, through and including January 5, 2012, should be excluded under
26
   the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking
27
   such action outweighed the best interest of the public and defendants in a speedy trial.  The
28

STIPULATION AND [PROPOSED] ORDER RE:  STA
CR-11-0924 JSW

1   findings were based upon the need for the defendants and the government to have reasonable

2   time necessary for effective preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

3        The parties hereby agree, and request, that the exclusion of time described above, be

4   granted.  The parties agree and stipulate that the additional time is appropriate and necessary

5   under Title 18, United States Code, § 3161(h)(7)(A), because the needs of justice served by the

6   continuance outweighs the best interest of the public and the defendants in a speedy trial.  This

7   time exclusion will allow counsel for the defendants and the government effectively to prepare,

8   taking into account the exercise of due diligence.

9

10

   Dated:  December 16, 2011                    _____/s_____
11                                               SARA E. RIEF
                                                 Counsel for Jeffrey H.B. Lau
12

13

   Dated:  December 16, 2011                    _____/s_____
14                                               NANCI L. CLARENCE
                                                 Counsel for Chuck L. Siu
15

16

   Dated:  December 16, 2011                    _____/s_____
17                                               THOMAS E. STEVENS
                                                 Assistant U.S. Attorney
18

19      IT IS SO ORDERED.

20

21

22  Dated:  December  20 , 2011

23                                               HON. ELIZABETH D. LAPORTE
                                                 UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28